UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:98-cr-121-08 SEB-DKL |
| vs. ) | |
| ) | |
| DEBRA ROBINSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court, having reviewed the Magistrate Judge's February 13, 2013 Report and Recommendation at Docket No. 129, and being duly advised in the premises, now adopts the same as the ruling of the Court.  Accordingly, the issues addressed in the Petition to Revoke Defendant's term of Supervised Release filed on June 3, 2010, are resolved.  Defendant's term of supervised release shall continue under the same terms and conditions previously imposed, with no additional sanctions

IT IS SO ORDERED.

Date:   02/25/2013

_[signature: Sarah Evans Barker]_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record

USPO
Attn: Troy Adamson

USM
Attn: David Campbell